# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rinkoo Malik, *et al.*, | No. CV-16-04232-PHX-JJT (ESW) |
| Petitioners, | **ORDER** |
| v. | |
| Loretta Lynch, *et al.*, | |
| Respondents. | |

On August 25, 2017, a Report and Recommendation ("R&R") (Doc.171) was submitted by United States Magistrate Judge Eileen S. Willett. On August 29, 2917, the Petitioners filed a Notice of Voluntary Dismissal Without Prejudice (Doc. 18) which the Court will construe as a Motion to Dismiss. Upon review and good cause appearing;

IT IS HEREBY ORDERED granting the Petitioners' Notice of Voluntary Dismissal Without Prejudice (Doc. 18).

IT IS FURTHER ORDERED denying the Magistrate's R&R as moot.

Dated this 31st day of August, 2017.

Honorable John J. Tuchi
United States District Judge